knew in high school, called him to the automobile, and handed him the marijuana cigarettes.

The charge of the court was properly objected to because it failed to submit the defense of entrapment. This was error.

The judgment is reversed and the cause remanded.

**Leroy BROWN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28955.**

Court of Criminal Appeals of Texas.

April 10, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

## PER CURIAM.

The conviction is for the transportation of an illicit beverage; to-wit: Wine in a container to which no tax stamp was affixed showing the payment of the tax due thereon to the State; the punishment, sixty days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

**Billy Hugh ERVIN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28928.**

Court of Criminal Appeals of Texas.

April 3, 1957.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the unlawful transportation of liquor in a dry area; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.